UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

CLARENCE REDMOND LOGUE, JR. )
a/k/a Clay Logue, )
)
    Plaintiff, )
v. ) Case No. CV408-042
)
CHATHAM COUNTY DETENTION )
CENTER; MCARTHUR HOLMES, )
*Jail Administrator*; JOE MAHONEY; )
LIEUTENANT JOHNSON; )
SERGEANT RANSOM; CORPORAL )
MAYS; and CORPORAL KING; )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 22 day of May, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA